AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CASEY CUSICK (AKA: UNKNOWN)<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21–mj–00486
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    CASEY CUSICK                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     06/21/2021

2021.06.21
18:02:20 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/24/2021 , and the person was arrested on *(date)* 06/24/2021 at *(city and state)* 141 FRANTE AVE NE PALM BAY, FLORIDA<br><br>Date: 06/24/2021     *Agent D. Strait*<br>*Arresting officer's signature*<br><br>*Agent Joshua Strait*<br>*Printed name and title* |