AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00486 |
| CASEY CUSICK (AKA: UNKNOWN) | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 6/21/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    CASEY CUSICK                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 06/21/2021

2021.06.21
18:02:20 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/24/2021, and the person was arrested on *(date)* 06/24/2021
at *(city and state)* 141 FRANTE AVE NE PALM BAY, FLORIDA

Date: 06/24/2021

Agent D. Strait
*Arresting officer's signature*

Agent Joshua Strait
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 6:21-mj-1521
  6:21-mj-1522
JAMES VARNELL CUSICK, JR.
CASEY CUSICK

AUSA: Jen Harrington
Defense Atty.: Karla Reyes
Andrew Searle

| U.S. MAGISTRATE JUDGE | EMBRY J. KIDD Courtroom 6D | | June 24, 2021 2:05-2:37 = 22 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | n/a | PTS/PROB. | Juan Cabrera |

**CLERK'S MINUTES**
**INITIAL APPEARANCE ON PC ARREST/COMPLAINT/BOND HEARING BOTH DEFENDANTS'**
**DEFENDANTS' TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Court finds both defendants' are competent
Gov summarizes charges and penalties
Dfts advised of their rights
Dft Cusick, Jr. requests appointment of counsel/Court appoints FPD
Dft #2 Cusick requests appointment of counsel/ Court appoints CJA counsel
Dfts advised of their right to preliminary hearings
Both defendants' file waivers of preliminary hearing
No issue as to identity for either defendant
Dfts advised of rule 20 transfer
Partis advised of Due Process Protections Act
Gov does not seek detention for either dft/Conditions requested as stated
Counsel Reyes responds to conditions requested
Gov states factual summary
Counsel Searle responds to conditions requested/Requests OR bond
Court releases dft Cusick Jr on conditions as stated
Court releases dft Cusick on conditions as stated
Court enters orders of removal for both defendants'
Court adjourned

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                CASE NO: 6:21-MJ-1522

CASEY CUSICK

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that **Andrew Searle** is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida of June 24, 2021.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:21-mj-1522

**CASEY CUSICK**

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

6/24/21
_Date_

_Casey Cusick_
_Defendant's signature_

_[signature]_
_Signature of defendant's attorney_

200 E. Robinson Street Ste 1150
Orlando, FL. 32801
_Address of defendant's attorney_

andrew@scarb-law.com
_E-mail address of defendant's attorney_

407-203-3715
_Telephone number of defendant's attorney_

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                           Case No.  6: 21-mj-1522

**CASEY CUSICK**

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**Casey Cusick**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) **Complaint** from the **District of Columbia** was held on **June 24, 2021**.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **Casey Cusick.** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **Casey Cusick** be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida, this day June 24, 2021.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District Court
United States Marshal
United States Attorney
Pretrial Services Office
Defense Counsel

Query  Reports  Utilities  Help  What's New  Log Out

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:21-mj-01522-GJK All Defendants

| | |
|---|---|
| Case title: USA v. Cusick | Date Filed: 06/24/2021 |
| | Date Terminated: 06/24/2021 |

Assigned to: Magistrate Judge Gregory J. Kelly

**Defendant (1)**

| | |
|---|---|
| **Casey Cusick**<br>*TERMINATED: 06/24/2021* | represented by **Andrew C. Searle**<br>Searle Law PA<br>200 E Robinson St Ste 1150<br>Orlando, FL 32801<br>347-882-5369<br>Email: andrew@searle-law.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Jennifer Michele Harrington**<br>United States Attorney's Office<br>400 W. Washington Street, Suite 3100 |

2/8/22, 3:18 PM    Case 1:21-cr-00440-CJN Document 17 Filed 12/23/21 Page 7 of 7
Electronic Case Filing | U.S. District Court - Middle District of Florida

Query    Reports    Utilities    Help    What's New    Log Out

Fax: 407-648-7643
Email: Jennifer.harrington2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Casey Cusick from the District of Columbia. (KKA) (Entered: 06/24/2021) |
| 06/24/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: Bond Hearing as to Casey Cusick held on 6/24/2021, INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 6/24/2021 as to Casey Cusick from the District of Columbia. Appearance entered by Andrew C. Searle for Casey Cusick on behalf of defendant. (digital) (KKA) (Entered: 06/24/2021) |
| 06/24/2021 | 3 | ***CJA 23 Financial Affidavit by Casey Cusick. (KKA) (Entered: 06/24/2021) |
| 06/24/2021 | 4 | **ORDER of Appointment of CJA Counsel as to Casey Cusick: Appointment of Attorney Andrew C. Searle for Casey Cusick. Signed by Magistrate Judge Embry J. Kidd on 6/24/2021. (KKA)** (Entered: 06/24/2021) |
| 06/24/2021 | 5 | WAIVER of Preliminary Hearing by Casey Cusick. (KKA) (Entered: 06/24/2021) |
| 06/24/2021 | 6 | **ORDER Setting Conditions of Release as to Casey Cusick (1) See order. Signed by Magistrate Judge Embry J. Kidd on 6/24/2021. (KKA)** (Entered: 06/24/2021) |
| 06/24/2021 | 7 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Casey Cusick. Signed by Magistrate Judge Embry J. Kidd on 6/24/2021. (KKA)** (Entered: 06/24/2021) |
| 06/24/2021 |   | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Casey Cusick. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KKA) (Entered: 06/24/2021) |
| 06/28/2021 | 9 | Receipt for Surrender of Passport as to Casey Cusick Passport Number 445898724 issued by USA (TNP) (Entered: 06/28/2021) |
| 06/28/2021 | 10 | TRANSFER of passport number 445898724 to District of Columbia District Court via USPS Certified Mail (tracking # 7014 2870 0000 3068 2389) as to Casey Cusick. Country: USA. (TNP) (Entered: 06/28/2021) |